NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTUITIVE SURGICAL OPERATIONS, INC.,**
*Appellant*

v.

**AURIS HEALTH, INC.,**
*Appellee*

---

2021-1473

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01173.

---

**JUDGMENT**

---

JACOB ADAM SCHROEDER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Palo Alto, CA, argued for appellant. Also represented by ARPITA BHATTACHARYYA; FRANK A. DECOSTA, III, Washington, DC; ROBERT KING HIGH, III, Atlanta, GA.

CHING-LEE FUKUDA, Sidley Austin LLP, New York, NY, argued for appellee. Also represented by THOMAS ANTHONY BROUGHAN, III, RYAN C. MORRIS, Washington, DC; PAUL J. ROGERSON, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 14, 2022</u><br>Date | <u>/s/ Peter R. Marksteiner</u><br>Peter R. Marksteiner<br>Clerk of Court |