# United States Court of Appeals for the Federal Circuit

---

**INTUITIVE SURGICAL OPERATIONS, INC.,**
*Appellant*

v.

**AURIS HEALTH, INC.,**
*Appellee*

---

2021-1473

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01173.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 14, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 20, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court